IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DAUNTE J. OATS,

     Petitioner,

v.

STATE OF FLORIDA,

     Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-0072

Opinion filed February 6, 2015.

Petition for Writ of Habeas Corpus -- Original Jurisdiction.

Daunte J. Oats, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

     DENIED.

PADOVANO, WETHERELL, and BILBREY, JJ., CONCUR.